IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| New Contenders Inc., et al., | NO. C 08-00017 JW |
|     Plaintiffs,<br>  v.<br>Miguel Sandobal, et al.,<br>    Defendants. | **ORDER REFERRING CASE FOR DETERMINATION OF WHETHER THE CASES SHOULD BE RELATED** |

On January 2, 2008, Plaintiffs filed a Complaint to Renew Judgment Pursuant to Fed. R. Civ. P. 69(a) and C.C.P. § 335.5(3). The Judgment was entered in a case entitled <u>New Contenders Inc., et al. v. Breanda Ochoa Urciaga, et al.</u>, C 96-20788-RMW. Plaintiffs seeks to renew the judgment that was previously entered by Judge Whyte.

Under Civ. L.R. 3-12(a), cases are related if: 1) they "concern substantially the same parties, property, transaction, or events" and 2) it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Accordingly, the Court, *sua sponte*, refers to Judge Whyte pursuant to Civil Local Rule 3-12 (c), to consider whether this case and C 96-20788-RMW should be related.

Dated: April 22, 2008

                                                    JAMES WARE<br>
                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David J. Cook cookdavidj@aol.com
Robert Joseph Perkiss cookdavidj@aol.com

| | |
|---|---|
| **Dated:  April 22, 2008** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

United States District Court
For the Northern District of California